**Order filed January 15, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00924-CR
_____

### KEITH HEAD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 399th Judicial District Court**
**Bexar County, Texas**
**Trial Court Cause No. 2013CR5372**

---

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. Appellant has made known to this Court his desire to review the record and file a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969).

Accordingly, we hereby direct the Judge of the 399th Judicial District Court to afford appellant an opportunity to view the trial record in accordance with local procedure; that the clerk of that court furnish the record to appellant on or before **January 30, 2019;** that the clerk of that court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court within thirty days of that date.


PER CURIAM